■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD HOFFMAN, Also Known as EDWARD HOFFMANN, Also Known as EDWARD ROSHKOWSKI, Appellant.—Appeal by the defendant from three judgments of the County Court, Suffolk County (Rohl, J.), all rendered June 5, 1989.

Ordered that the judgments are affirmed *(see, People v Harris,* 61 NY2d 9; *People v Pellegrino,* 60 NY2d 636). Bracken, J. P., Lawrence, Eiber, Harwood and Rosenblatt, JJ., concur.